UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CORNELL L. EMANUEL
    Plaintiff,

v.                                Case No. 4:25cv15-TKW-MAF

SALLY SMITH, et al.,
    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 3). No objections were filed.[1]

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed under the "three-strikes statute," 28 U.S.C. §1915(g). Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** under 28 U.S.C. §§1915(g).

---

[1] Plaintiff filed several nonsensical documents after the Report and Recommendation was entered, *see* Docs. 4, 4-1, 4-2, 4-3, 4-4, but none of those documents took issue with the findings or analysis in the Report and Recommendation.

3. The Clerk shall enter judgment in accordance with this Order and close the case.

**DONE AND ORDERED** this 4th day of February, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**